IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN ALAN KING,

    Petitioner,                    No. CIV S-03-1780 MCE DAD P

    vs.

MIKE KNOWLES, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. Petitioner has filed a motion for ruling on his amended habeas petition.

        The docket reflects that on December 8, 2003, respondent filed an answer to petitioner's amended petition. The state court records were lodged on December 5, 2003. Petitioner filed a traverse on September 28, 2004. The matter is submitted for decision and is on the court's calendar for findings and recommendations. The undersigned is now issuing findings and recommendations in habeas cases filed in 2003. However, findings and recommendations must be issued in more than ten older habeas cases before the court can address petitioner's case. Each petition is given careful consideration, and detailed findings and recommendations are issued in every case. The time available for preparing findings and recommendations on submitted habeas petitions is necessarily reduced by the court's other duties.

1

1  Accordingly, IT IS ORDERED that petitioner's October 27, 2006 motion for
2  ruling, construed as a request for case status, is granted and by this order petitioner has been
3  informed of the status of his case.
4  DATED: December 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
king1780.mot