1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN ALAN KING,                          No. 2:03-cv-01780-MCE-DAD-P

12              Petitioner,

13      v.                                      ORDER

14   MIKE KNOWLES, Warden,

15              Respondent.

16   _____/

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On June 11, 2007, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty days.  Petitioner has filed

23   objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

25   this court has conducted a de novo review of this case.

26   ///

                                                    1

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

Dated:  July 5, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE